IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMAR AKINS,<br><br>Plaintiff,<br><br>vs.<br><br>SYSCO LINCOLN INC.,<br><br>Defendant. | 4:23CV3205<br><br>ORDER |

On October 4, 2024, the Court held a telephone conference to discuss a pending discovery dispute between the parties. The Court made rulings on the record and summarizes those rulings herein.

IT IS ORDERED:

1. **Interrogatories:**
   a. Plaintiff is ordered to supplement his responses and/or respond in full to Defendant's Interrogatories Nos. 2, 5, 6, 7, 10, and 11. The objections asserted by Plaintiff with regard to these interrogatories are overruled.
   b. As represented by the parties, the dispute pertaining to Interrogatory No. 9 is resolved.

2. **Requests for Production:**
   a. Plaintiff is ordered to supplement his response to Defendant's Request for Production No. 9 for the time period from August 1, 2022 to the present.
   b. Plaintiff is ordered to supplement his response to Defendant's Request for Production No. 10.

1

    c. Plaintiff is ordered to respond in full to Defendant's Requests for Production Nos. 17 and 18 for the time period from January 1, 2014 to the present. Plaintiff is not required to produce documents protected by the attorney-client privilege or work product doctrine. All other objections asserted by Plaintiff with regard to these requests are overruled.

    d. Plaintiff is ordered to respond in full to Defendant's Requests for Production Nos. 24, 25, and 26. The objections asserted by Plaintiff with regard to these requests are overruled.

    e. Plaintiff is ordered to supplement his response to Defendant's Request for Production No. 28 for the time period from January 1, 2022 to the present. The objection asserted by Plaintiff with regard to this request is overruled.

    f. Plaintiff's objections to Defendant's Requests for Production Nos. 30, 31, and 32 pertaining to Plaintiff's in forma pauperis status are sustained.

3. As represented by the parties, the dispute pertaining to Plaintiff's mandatory disclosures is moot.

4. **Plaintiff is ordered to respond to Defendant's discovery or supplement his responses to Defendant's discovery, as set forth herein, within <u>thirty days</u> of the date of this Order.**

5. Plaintiff and defense counsel are reminded to follow the Federal Rules of Civil Procedure and this Court's Local Rules.

    The Federal Rules of Civil Procedure are posted online at:

    https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure

    The Local Rules for the United States District Court for the District of Nebraska are posted on the Court's website at:

    http://www.ned.uscourts.gov/attorney/local-rules

6. **The failure to timely comply with this Order may result in sanctions which include, but may not be limited to, the dismissal of Plaintiff's claims.**

Dated this 8th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge